**No. 10-5682. Darius Duron Elam, Petitioner v. Texas.**

562 U.S. 965, 131 S. Ct. 461, 178 L. Ed. 2d 294, 2010 U.S. LEXIS 7952.

October 12, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fourteenth District, denied.

**No. 10-5686. Kimbley Denise Hill, Petitioner v. Fernando Ortegon, et al.**

562 U.S. 965, 131 S. Ct. 461, 178 L. Ed. 2d 294, 2010 U.S. LEXIS 8025.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 360 Fed. Appx. 582.

**No. 10-5687. Frank Garcia, Jr., Petitioner v. Texas.**

562 U.S. 965, 131 S. Ct. 462, 178 L. Ed. 2d 294, 2010 U.S. LEXIS 8122.

October 12, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-5688. Joe Luis Guerrero, Petitioner v. Texas.**

562 U.S. 965, 131 S. Ct. 462, 178 L. Ed. 2d 294, 2010 U.S. LEXIS 7929.

October 12, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fourth District, denied.

**No. 10-5689. Joe Luis Guerrero, Petitioner v. Texas.**

562 U.S. 965, 131 S. Ct. 462, 178 L. Ed. 2d 294, 2010 U.S. LEXIS 7959.

October 12, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fourth District, denied.

**No. 10-5690. Joe Luis Guerrero, Petitioner v. Texas.**

562 U.S. 965, 131 S. Ct. 462, 178 L. Ed. 2d 294, 2010 U.S. LEXIS 8105.

October 12, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fourth District, denied.

**No. 10-5698. Thomas Floyd Landis, Petitioner v. Virginia.**

562 U.S. 965, 131 S. Ct. 463, 178 L. Ed. 2d 294, 2010 U.S. LEXIS 8078.

October 12, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-5699. Charles Andrew Reece, Petitioner v. D. K. Sisto, Warden.**

562 U.S. 965, 131 S. Ct. 464, 178 L. Ed. 2d 294, 2010 U.S. LEXIS 8017.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5709. Camellia B. Barnes, Petitioner v. Alternative Capital Source, LLC.**

562 U.S. 965, 131 S. Ct. 466, 178 L. Ed. 2d 294, 2010 U.S. LEXIS 8072.

October 12, 2010. Petition for writ of certiorari to the Court of Civil Appeals of Alabama denied.

Same case below, 47 So. 3d 280.